**IN THE MATTER OF THE APPLICATION OF VINCENT JOSEPH BRANSON FOR RESIGNATION FROM THE PRACTICE OF LAW**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 56**

\*    **September Term, 2020**

## O R D E R

Upon consideration of the Application to Resign from the Practice of Law of Vincent Joseph Branson and the response of Bar Counsel, filed in the above-captioned case, it is this 1st day of March, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the resignation of Vincent Joseph Branson from the Bar of the State of Maryland is hereby accepted; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name Vincent Joseph Branson from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk